UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

BRUCE MOORER,

    Plaintiff,

vs.

EXPERIAN INFORMATION
SOLUTIONS, *et al.*,

    Defendants.

Case No. 3:21-cv-263

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain

---

**ORDER: (1) GRANTING THE JOINT, UNOPPOSED MOTION BY PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. TO SEVER (Doc. No. 24); (2) DISMISSING WITH PREJUDICE PLAINTIFF'S CLAIMS AGAINST DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.; AND (3) CLARIFYING THAT THIS LITIGATION SHALL PROCEED AGAINST DEFENDANT BANK OF AMERICA, N.A.**

---

This civil case brought against two Defendants (Experian Information Solutions, Inc. and Bank of America, N.A.) is before the Court on Plaintiff and Experian's joint, unopposed motion to sever under Fed. R. Civ. P. 21—by dropping Experian as a party from this case and dismissing the claims against it with prejudice.  Doc. No. 24.  Under Fed. R. Civ. P. 21, "the [C]ourt may at any time, on just terms, add or drop a party."  This rule "provides the proper mechanism by which to" dismiss claims against a party.  *United States ex rel. Doe v. Preferred Care, Inc.*, 326 F.R.D. 462, 463 (E.D. Ky. 2018).  Plaintiff and Experian have informed the Court that they have settled the claims between them.  Doc. No. 20.  Therefore, the Court finds there is good cause to drop Experian as a party from this case and to dismiss Plaintiff's claims against Experian with prejudice.  Accordingly, the Court **GRANTS** Plaintiff and Experian's joint motion to sever (Doc. No. 24) and **DISMISSES WITH PREJUDICE only** Plaintiff's claims against Experian.  Plaintiff's claims

against Defendant Bank of America, N.A. remain pending, and this litigation shall continue against Bank of America.

    **IT IS SO ORDERED.**

Date:   April 5, 2022                           /s Michael J. Newman
                                                                            Hon. Michael J. Newman
                                                                           United States District Judge